UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY JOHNSON,

                         Plaintiff,

              -against-

QUEENS COUNTY,

                         Defendant.

26-CV-2356 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated April 22, 2026, the Court directed Plaintiff, within thirty days, to submit an amended application to proceed *in forma pauperis* ("IFP") or pay the fees required to file a civil action in this court, or, if he is still in a prisoner, to inform the court of that fact, state the facility in which he is currently being held, and provide his DIN, NYSID, and/or B&C number.[1] (ECF 10.) That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended IFP application or paid the fees, or had any further contact with the court. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

---

[1] Plaintiff originally filed this action in this court while he was detained at a facility on Rikers Island. *See Johnson v. Queens Cnty.*, No. 25-CV-10669 (LTS) (S.D.N.Y. Jan. 20, 2026). By order dated January 20, 2026, the Court transferred this action to the United States District Court for the Eastern District of New York. (ECF 5.) However, by text order dated March 10, 2026, the Eastern District transferred this action back to this court. *See Johnson v. Queens Cnty.*, No. 26-CV-0608 (HG) (PCG) (E.D.N.Y. Mar. 10, 2026). At some point, Plaintiff's address was updated on the docket to reflect a residential address in Jamaica, Queens, but there is no indication on the docket that Plaintiff was ever released from custody.

The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:    June 26, 2026
          New York, New York

_/s/ Laura Taylor Swain_
LAURA TAYLOR SWAIN
Chief United States District Judge

2